Original

David Allum
6895 Lake Mead Blvd.
A 6-169
Las Vegas, Nevada 89156
Phone 702-290-0695
*Plaintiff pro se*

2012 MAY 11 P 1:23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALLUM,<br><br>      Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC, GC SERVICES, L.P., NATIONWIDE CREDIT, INC., and ZWICKER & ASSOCIATES, P.C., AND<br><br>DOES 1 through X<br><br>      Defendant | Case No.:2:11-cv-01940-PMP-CWH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, DAVID ALLUM, and hereby informs the court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action be dismissed with prejudice, each party to bear its own costs, with all rights of appeal waived.

Dated this day __10TH__ of May, 2012

_[signature]_
David Allum, *Plaintiff*
6895 E Lake Mead blvd. A6-169
Las Vegas, Nevada 89156
Allumduucks22@gmail.com

1

STIPULATION OF DISMISSAL WITH PREJUDICE

ZWICKER & ASSOCIATESS, P.C.

By its attorneys,

/s/Sarah De La Rosa
Sarah De a Rosa, Esq., NV bar # 10335
Zwicker & Associates, P.C.
1225 W. Washington Street, Suite 110
Tempe, AZ 85281
Telephone: 877-236-4042
Facsimile: 602-275-0635
sdelarosa@zwickerpc.com

Dated: May 10, 2012

IT IS SO ORDERED:

_____
Judge Phillip M. Pro, United States District Judge

Dated: May 14, 2012.

2

STIPULATION OF DISMISSAL WITH PREJUDICE